Opinion filed August 23,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00215-CV

                                                    __________

 

                               BARBARA
JANE STAHL, Appellant

 

                                                             V.

 

                                   COWAN
JOE STAHL, Appellee



 

                                   On
Appeal from the 32nd District Court

                                                          Mitchell
County, Texas

                                                     Trial
Court Cause No. 15,969

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Barbara
Jane Stahl is the appellant in this appeal.  She has filed an unopposed motion
to dismiss the appeal pursuant to Tex. R.
App. P. 42.1(a)(1).  In the motion, appellant states that the parties
have “resolved and settled their differences.”  Therefore, in accordance with
appellant’s request, we dismiss the appeal.

The
motion to dismiss is granted, and the appeal is dismissed.

 

 

August 23, 2012                                                                                 PER
CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.